Theodore V. H. Mayer
Vilia B. Hayes
Robb W. Patryk
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, NY 10004-1482
(212) 837-6000

*Attorneys for Defendant Merck & Co., Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - -x
:
LOUISE NARDELLA,                                    :
                                                    :   No.: 07 cv 8784 (SWK)
                            Plaintiff,              :
                                                    :   **Rule 7.1 Statement**
            -against-                               :
                                                    :
MERCK & CO., INC., a Domestic Corporation,          :
                                                    :
                            Defendant.              :
- - - - - - - - - - - - - - - - - - - - - - - - - -x

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the court to evaluate possible disqualification or recusal, the undersigned attorneys of record for Defendant Merck & Co., Inc. certify that it has no parent companies and is not aware of any beneficial owner of more than ten percent of its Common Stock.

Dated: New York, New York
October 30, 2007

                Respectfully submitted,

                HUGHES HUBBARD & REED LLP

                By: /s/ Vilia B. Hayes
                Theodore V. H. Mayer
                Vilia B. Hayes
                Robb W. Patryk

                One Battery Park Plaza
                New York, New York 10004-1482
                (212) 837-6000

                *Attorneys for Defendant Merck & Co., Inc.*