A CERTIFIED TRUE COPY

NOV 1 6 2007

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED
NOV 1 6 2007
LORETTA G. WHYTE
CLERK

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

OCT 31 2007

FILED
CLERK'S OFFICE

...MARKETING, SALES PRACTICES
AND PRODUCTS LIABILITY LITIGATION

MDL No. 1657

(SEE ATTACHED SCHEDULE)

U.S. DIST. COURT
NOV 27 2007
S.D. OF N.Y.

CONDITIONAL TRANSFER ORDER (CTO-122)

On February 16, 2005, the Panel transferred 138 civil actions to the United States District Court for the Eastern District of Louisiana for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 360 F.Supp.2d 1352 (J.P.M.L. 2005). Since that time, 6,415 additional actions have been transferred to the Eastern District of Louisiana. With the consent of that court, all such actions have been assigned to the Honorable Eldon E. Fallon.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Louisiana and assigned to Judge Fallon.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Louisiana for the reasons stated in the order of February 16, 2005, and, with the consent of that court, assigned to the Honorable Eldon E. Fallon.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Louisiana. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

CERTIFIED COPY
J. MICHAEL McMAHON, CLERK
BY DEPUTY CLERK

Inasmuch as no objection is
pending at this time, the
stay is lifted.

NOV 1 6 2007

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

CLERK'S OFFICE
A TRUE COPY

NOV 27 2007

Deputy Clerk, U.S. District Court
Eastern District of Louisiana
New Orleans, LA

Fee
Process
Dktd
CtRmDep
Doc. No

**IN RE: VIOXX MARKETING, SALES PRACTICES
AND PRODUCTS LIABILITY LITIGATION**

MDL No. 1657

## SCHEDULE CTO-122 - TAG-ALONG ACTIONS

| DIST. DIV. C.A. # | CASE CAPTION | EDLA SEC.L/3 |
|---|---|---|
| **FLORIDA MIDDLE** | | |
| FLM 3    07-952 | Millie Powell, etc. v. Merck & Co., Inc. | 07-9120 |
| **FLORIDA SOUTHERN** | | |
| FLS 9    07-80959 | Howard Whitsett, et al. v. Merck & Co., Inc. | 07-9121 |
| **MINNESOTA** | | |
| MN 0    07-4217 | Tim Derk, et al. v. Merck & Co., Inc. | 07-9122 |
| MN 0    07-4246 | Michael Baxter, et al. v. Merck & Co., Inc., et al. | 07-9123 |
| MN 0    07-4247 | Jacqueline Harvin, et al. v. Merck & Co., Inc., et al. | 07-9124 |
| MN 0    07-4248 | Hope Phillips, et al. v. Merck & Co., Inc., et al. | 07-9125 |
| MN 0    07-4249 | Bruce Sims, etc. v. Merck & Co., Inc., et al. | 07-9126 |
| MN 0    07-4260 | Vickie L. Titcombe, et al. v. Merck & Co., Inc., et al. | 07-9127 |
| MN 0    07-4261 | Matthew Troisi, etc. v. Merck & Co., Inc., et al. | 07-9128 |
| MN 0    07-4262 | Antonia Tucker, etc. v. Merck & Co., Inc., et al. | 07-9129 |
| MN 0    07-4263 | Carl L. Woodall v. Merck & Co., Inc., et al. | 07-9130 |
| **MISSISSIPPI NORTHERN** | | |
| ~~MSN 2    07-194~~ | ~~Dollie Powell v. Merck & Co., Inc., et al.~~  OPPOSED 11/13/07 | |
| ~~MSN 4    07-166~~ | ~~Cecelia Jensen, etc. v. Merck & Co., Inc., et al.~~  OPPOSED 11/13/07 | |
| ~~MSN 4    07-169~~ | ~~Charles Erving, et al. v. Merck & Co., Inc., et al.~~  OPPOSED 11/13/07 | |
| **NORTH CAROLINA WESTERN** | | |
| NCW 3    07-427 | Lynn McGrath v. Merck & Co., Inc. | 07-9131 |
| **NEW YORK EASTERN** | | |
| NYE 1    07-714 | Jean Civil, et al. v. Merck & Co., Inc. | 07-9132 |
| **NEW YORK SOUTHERN** | | |
| NYS 1    07-8645 | John Stamant v. Merck & Co., Inc. | 07-9133 |
| NYS 1    07-8784 | Louise Nardella v. Merck & Co., Inc. | 07-9134 |
| NYS 1    07-9279 | Jennifer Catalfamo, et al. v. Merck & Co., Inc. | 07-9135 |
| **SOUTH DAKOTA** | | |
| SD 4    07-4150 | Robert E. Johnson, et al. v. Merck & Co., Inc. | 07-9136 |
| SD 4    07-4151 | Ronald G. Bollinger v. Merck & Co., Inc. | 07-9137 |
| **TEXAS NORTHERN** | | |
| TXN 3    07-1755 | Johnny Jackson, et al. v. Merck & Co., Inc. | 07-9138 |
| **VIRGINIA EASTERN** | | |
| VAE 2    07-451 | Dorothy Ann Collins v. Merck & Co., Inc. | 07-9139 |